UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISAN BULUT, | Case No.: 26-cv-2175-BJC-BLM |
| Petitioner, | **ORDER GRANTING PETITION OF HABEAS CORPUS** |
| v. | |
| CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center; et al., | **[ECF No. 1]** |
| Respondents. | |

On April 7, 2026, Alisan Bulut ("Petitioner") filed a petition for a writ of habeas corpus. ECF No. 1. On April 8, 2026, the Court set a briefing schedule and issued a limited stay. ECF No. 2. On April 15, 2026, Respondents filed a return to the petition stating that "the government does not oppose the petition and defers to the Court on the appropriate relief." ECF No. 5 at 3.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Having shown good cause, Respondents shall immediately release Petitioner under the previous set conditions when she was released on bond on February 6, 2023. ECF No. 1 at 1. The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  April 17, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

1