

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Alisan Bulut

**Plaintiff,**

**V.**

See attached

**Defendant.**

Civil Action No.  26-cv-02175-BJC-BLM

**JUDGMENT IN A CIVIL CASE**

IT IS HEREBY ORDERED AND ADJUDGED:

**Date:**        4/17/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 26-cv-2175-BJC-BLM

Warden, Otay Mesa Detention Center; ICE Field Office Director, San Diego Field Office; Secretary of the Department of Homeland Security; Attorney General of the United States,

Respondents